# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

JERONE MCDOUGALD,             Case No. 1:11-cv-790
     Petitioner,

                                       Spiegel, J.
    vs.                                Bowman, M.J.

WARDEN, LEBANON            **ORDER**
CORRECTIONAL INSTITUTION,
     Respondent.

This *pro se* habeas corpus action filed pursuant to 28 U.S.C. § 2254 is before the Court on petitioner's motion requesting the issuance of an order directing the Scioto County, Ohio, Court of Common Pleas to produce a transcript prepared from a "DVR compact disk," as well as furnish "grand jury transcripts." (Doc. 11). The undersigned has issued a separate Report and Recommendation this date to dismiss petitioner's habeas corpus petition (Doc. 3) with prejudice on the ground that petitioner procedurally defaulted and has waived his claims for relief. Therefore, petitioner's motion (Doc. 11) is **DENIED** as moot.

     **IT IS SO ORDERED.**


                                                       *s/Stephanie K. Bowman*
                                                       Stephanie K. Bowman
                                                       United States Magistrate Judge